| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Young, William G. | 2. Court or Organization<br><br>United States District Court, District of Massachusetts | 3. Date of Report<br><br>05/05/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Suite 5710<br>United States Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Lecturer & Faculty Member | Boston University Law School |
| 2.   Lecturer & Faculty Member | Massachusetts Continuing Legal Educ., Inc. |
| 3.   Trustee | Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Young, William G.

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 05/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-May 10 | Boston University-Teaching Income | $16,400.00 |
| 2. Sep-Dec 10 | Massachusetts Continuing Legal Educ., Inc | $7,500.00 |
| 3. | Teaching Income Thompson-West (Back Royalty) | $2,038.67 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PLI | 3/25/2010 | New York, N.Y. | CLE Teaching | Transportation |
| 2. | NY IPLA | 3/26/2010 | New York, N.Y. | Meeting | Food, Lodging & Transportation |
| 3. | Oregon State Bar | 4/30/2010-5/2/2010 | Portland, OR | CLE Teaching | Food, Lodging & Transportation |
| 4. | Int Prop Owner's Association | 5/31/2010-6/2/2010 | Washington, D.C. | Int'l Conference | Food, Lodging & Transportation |
| 5. | National Cons Law Center | 11/23/2010 | Boston, MA | Address | Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 05/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America, Needham, MA (Savings, IRA, CD's) | D | Interest | N | T | | | | | |
| 2. | Akamai Common Stock | | None | J | T | | | | | |
| 3. | AT & T Common Stock | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 4. | Fairpoint Communications, Inc | A | Dividend | J | T | Buy | 12/01/10 | J | | |
| 5. | Metlife Common Stock | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 6. | Verizon | A | Dividend | J | T | | | | | |
| 7. | Listed Below are the assets of a trust.I am the Trustee: | | | | | | | | | |
| 8. | Altria Group | | None | | | Sold | 01/26/10 | J | B | |
| 9. | AT & T | A | Dividend | | | Buy | 09/17/10 | K | B | |
| 10. | AT & T | A | Dividend | | | Sold | 12/01/10 | K | B | |
| 11. | Baxter Intl | | None | | | Buy | 05/16/10 | K | A | |
| 12. | Baxter Intl | | None | | | Sold | 12/01/10 | K | A | |
| 13. | BP PLC | | None | K | T | Buy | 05/16/10 | K | | |
| 14. | BP PLC | | None | K | T | Buy | 10/07/10 | J | | |
| 15. | Bristol Myers Squibb | | None | | | Sold | 03/16/10 | K | B | |
| 16. | CenturyLink | | None | J | T | Buy | 12/01/10 | J | | |
| 17. | CenturyLink | | None | J | T | Buy | 12/17/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Clough Global | | None | J | T | Buy | 10/29/10 | J | | |
| 19. Exxon Mobil | A | Dividend | K | T | Buy | 01/05/10 | K | | |
| 20. Exxon Mobil | A | Dividend | K | T | Buy | 01/06/10 | K | | |
| 21. Fairpoint Comm | | None | | | Sold | 12/01/10 | J | A | |
| 22. Hess Corp | | None | | | Sold | 01/05/10 | K | C | |
| 23. ING Groep | B | Dividend | K | T | | | | | |
| 24. I Shares Silver Trust | | None | | | Buy | 01/26/10 | J | A | |
| 25. I Shares Silver Trust | | None | | | Sold | 03/16/10 | J | A | |
| 26. Kraft Foods | B | Dividend | K | T | Buy | 03/16/10 | K | | |
| 27. Merrill Lynch & Co Inc. | A | Dividend | K | T | | | | | |
| 28. Metropcs Comm Inc. | | None | | | Sold | 03/16/10 | J | A | |
| 29. Micron Tech | | None | K | T | Buy | 10/29/10 | K | | |
| 30. National Grid | | None | K | T | Buy | 10/29/10 | K | | |
| 31. National Grid | | None | K | T | Buy | 12/07/10 | K | | |
| 32. Nokia | | None | K | T | Buy | 11/24/10 | K | | |
| 33. SPDR Gold Trust | | None | | | Buy | 01/26/10 | J | A | |
| 34. SPDR Gold Trust | | None | | | Sold | 03/16/10 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,000 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Suntech Power HLDG | | None | K | T | Buy | 03/16/10 | J | | |
| 36. Petrohawk Energy Corp | | None | K | T | Buy | 03/16/10 | K | | |
| 37. Verizon | B | Dividend | | | Sold | 12/01/10 | K | C | |
| 38. Metropolitan Transit | D | Interest | M | T | | | | | |
| 39. NY State Dorm Authority | C | Interest | L | T | | | | | |
| 40. NY State Local Govt Authority | C | Interest | M | T | | | | | |
| 41. NY City Mun WTR Fin Authority | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 05/05/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Young, William G. | 2. Court or Organization<br><br>United States District Court, District of Massachusetts | 3. Date of Report<br><br>7/6/2011 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Suite 5710<br>United States Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer & Faculty Member | Boston University Law School |
| 2. Lecturer & Faculty Member | Massachusetts Continuing Legal Educ., Inc. |
| 3. Trustee | Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Young, William G. A

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 7/6/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-May 10 | Boston University-Teaching Income | $16,400.00 |
| 2. Sep-Dec 10 | Massachusetts Continuing Legal Educ., Inc | $7,500.00 |
| 3. | Teaching Income Thompson-West (Back Royalty) | $2,038.67 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PLI | 3/25/2010 | New York, N.Y. | CLE Teaching | Transportation |
| 2. | NY IPLA | 3/26/2010 | New York, N.Y. | Meeting | Food, Lodging & Transportation |
| 3. | Oregon State Bar | 4/30/2010-5/2/2010 | Portland, OR | CLE Teaching | Food, Lodging & Transportation |
| 4. | Int Prop Owner's Association | 5/31/2010-6/2/2010 | Washington, D.C. | Int'l Conference | Food, Lodging & Transportation |
| 5. | National Cons Law Center | 11/23/2010 | Boston, MA | Address | Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 7/6/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 7/6/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, Needham, MA (Savings, IRA, CD's) | D | Interest | N | T | | | | | |
| 2. Akamai Common Stock | | None | J | T | | | | | |
| 3. AT & T Common Stock | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 4. Fairpoint Communications, Inc | A | Dividend | J | T | Buy | 12/01/10 | J | | |
| 5. Metlife Common Stock | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 6. Verizon | A | Dividend | J | T | | | | | |
| 7. Listed Below are the assets of a trust. I am the Trustee: | | | | | | | | | |
| 8. Altria Group | | None | | | Sold | 01/26/10 | J | B | |
| 9. AT & T | A | Dividend | | | Buy | 09/17/10 | K | B | |
| 10. AT & T | A | Dividend | | | Sold | 12/01/10 | K | B | |
| 11. Baxter Intl | | None | | | Buy | 05/16/10 | K | A | |
| 12. Baxter Intl | | None | | | Sold | 12/01/10 | K | A | |
| 13. BP PLC | | None | K | T | Buy | 05/16/10 | K | | |
| 14. BP PLC | | None | K | T | Buy | 10/07/10 | J | | |
| 15. Bristol Myers Squibb | | None | | | Sold | 03/16/10 | K | B | |
| 16. CenturyLink | | None | J | T | Buy | 12/01/10 | J | | |
| 17. CenturyLink | | None | J | T | Buy | 12/17/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Clough Global | | None | J | T | Buy | 10/29/10 | J | | |
| 19. Exxon Mobil | A | Dividend | K | T | Buy | 01/05/10 | K | | |
| 20. Exxon Mobil | A | Dividend | K | T | Buy | 01/06/10 | K | | |
| 21. Fairpoint Comm | | None | | | Sold | 12/01/10 | J | A | |
| 22. Hess Corp | | None | | | Sold | 01/05/10 | K | C | |
| 23. ING Groep | B | Dividend | K | T | | | | | |
| 24. I Shares Silver Trust | | None | | | Buy | 01/26/10 | J | A | |
| 25. I Shares Silver Trust | | None | | | Sold | 03/16/10 | J | A | |
| 26. Kraft Foods | B | Dividend | K | T | Buy | 03/16/10 | K | | |
| 27. Merrill Lynch & Co Inc. | A | Dividend | K | T | | | | | |
| 28. Metropes Comm Inc. | | None | | | Sold | 03/16/10 | J | A | |
| 29. Micron Tech | | None | K | T | Buy | 10/29/10 | K | | |
| 30. National Grid | | None | K | T | Buy | 10/29/10 | K | | |
| 31. National Grid | | None | K | T | Buy | 12/07/10 | K | | |
| 32. Nokia | | None | K | T | Buy | 11/24/10 | K | | |
| 33. SPDR Gold Trust | | None | | | Buy | 01/26/10 | J | A | |
| 34. SPDR Gold Trust | | None | | | Sold | 03/16/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 7/6/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Suntech Power HLDG | | None | K | T | Buy | 03/16/10 | J | | |
| 36.   Petrohawk Energy Corp | | None | K | T | Buy | 03/16/10 | K | | |
| 37.   Verizon | B | Dividend | | | Sold | 12/01/10 | K | C | |
| 38.   Metropolitan Transit | D | Interest | M | T | | | | | |
| 39.   NY State Dorm Authority | C | Interest | L | T | | | | | |
| 40.   NY State Local Govt Authority | C | Interest | M | T | | | | | |
| 41.   NY City Mun WTR Fin Authority | A | Interest | L | T | | | | | |
| 42.   CBS Corp | | None | | | Sold | 03/17/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2.500 G =$100,001 - $1.000,000 | C =$2.501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Young, William G. | 7/6/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William G. Young**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544